UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASOUD SABERI, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND,<br><br>    Defendant. | Case No. 24-cv-05394-JD<br><br>**ORDER DISSOLVING TEMPORARY RESTRAINING ORDER AND CLOSING CASE** |

The Court granted a temporary restraining order to preserve the status quo pending the resolution of plaintiff Saberi's TRO application. Dkt. No. 11. The order restrained the City of Oakland from closing the encampment located at the 3400-3800 blocks of Beach St. and the immediate area, and from removing from the encampment its residents, or their possessions and vehicles. *Id*.

The City of Oakland filed a response stating that the closure operation of 3400-3800 Beach Street planned for August 20, 2024, was "revised, and the posted notice was subsequently withdrawn." Dkt. No. 12-1 (Declaration of Assistant City Administrator Harold Duffey) ¶ 9. The City represents that there is currently no scheduled date for the closure, *id*., and it consequently requests that the Court "deny any further order restraining the City as moot." Dkt. No. 12 at 2.

Plaintiff Saberi did not file a response or otherwise provide a reason for maintaining the TRO. The TRO, Dkt. No. 11, is dissolved. Saberi's application to proceed in forma pauperis, Dkt. No. 2, is incomplete, and is denied on that basis. The case is closed.

**IT IS SO ORDERED.**

Dated: August 28, 2024

_____
JAMES DONATO
United States District Judge